```
            UNITED STATES DISTRICT COURT
            NORTHERN DISTRICT OF GEORGIA
             Room 201, Federal Building
              121 Spring Street, S.E.
              Gainesville, Georgia 30501
```

September 8, 2009

Gail C. Taylor, Attorney
3351 Dawsonville Hwy
Gainesville, GA 30506

        Re: 2:09-cv-142-WCO
        Estate of Wilson Edward Bridges, et al v. Foremost
        Insurance Company

Dear Ms. Taylor:

    Your name appears as counsel of record for the subject case. According to our records, you are not admitted to practice before this Court.

    To practice in this Court, you must complete the enclosed attorney admission application and pay the $150.00 admission fee. Attorney admissions are conducted in the Atlanta Division every Monday at 9:30 a.m. The telephone number to Administrative Services in Atlanta is 404-215-1600. **To be admitted in Gainesville, you must call in advance to schedule an admission proceeding.**

    Please note that it is mandatory that you personally appear to take the oath **AND** you must be accompanied by a member of the Bar of this Court to move for your admission in open court.

    If you have any questions, please call 678-450-2760.

                             Sincerely yours,

                             James N. Hatten, Clerk

                           By: s/Vicki Doughery
                               Vicki Dougherty, Deputy Clerk

Enclosures